UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA PACHECO,

        Plaintiff,

-against-

DUANE READE, INC.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2019

18 Civ. 10401 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 14, 2019, the parties filed a proposed stipulation and order of dismissal stating that they had reached a settlement agreement, and moving the Court to dismiss this action with prejudice but retain jurisdiction to enforce the terms of the settlement agreement. ECF No. 45. Rule IV(C) of the Court's Individual Practices in Civil Cases provides that "[i]f the parties want the Court to retain jurisdiction to enforce [a settlement] agreement, the parties shall place the terms of their settlement agreement on the public record. The parties may either provide a copy of the agreement for the Court to endorse or include the terms of their agreement in their stipulation of settlement and dismissal."

    Accordingly, it is hereby ORDERED that by **November 20, 2019**, the parties shall file on the public docket either a copy of their settlement agreement or an amended stipulation of settlement and dismissal containing the agreement's terms.

    SO ORDERED.

Dated: November 15, 2019
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge